**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Jackie E. Waddell** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:08CV00953 MLM |
| | ) | |
| **Michael Astrue**, | ) | |
| *commissioner* | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on June 30, 2008, and assigned to the Honorable Mary Ann L. Medler. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:08cv0096 LMB. The Honorable Lewis M. Blanton will preside.

Case No. 4:08cv00953 MLM is hereby administratively closed. Judge Medler's name will be replaced for future assignment.

Dated this 2nd day of July, 2008.

James G. Woodward
Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. **1:08cv0096 LMB** in all future matters concerning this case.